**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES WILLIAMS,<br><br>    Petitioner,<br><br>    v.<br><br>RAYMOND MADDEN, Warden,<br><br>    Respondent. | Case No. CV 17-84-JVS (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed within the time allowed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that respondent's Motion to Dismiss (docket no. 20) is granted, and Judgment will be entered denying the Petition and dismissing this action without prejudice.

DATED: December 18, 2018

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE